Johnnie WILLIAMS, Appellant,

v.

UNIVERSITY OF MISSOURI, Appellee.

No. 06–2644.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 26, 2007.

Filed: Oct. 29, 2007.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

---

1. The Honorable George Howard, Jr., late a United States District Judge for the Eastern District of Arkansas.

**122**

PER CURIAM.

Johnnie Williams appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action against his former employer, the University of Missouri. Having carefully reviewed the record and considered Williams's arguments, we find no basis for reversal. *See Jacob–Mua v. Veneman*, 289 F.3d 517, 520 (8th Cir.2002) (de novo standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.